UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARMEN PEREZ CAMPOS,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY, et al.,<br><br>Respondents. | Case No.:  3:26-cv-1818-CAB-AHG<br><br>**ORDER ON PETITION FOR A WRIT OF HABEAS CORPUS** |

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], and a motion for a temporary restraining order, [Doc. No. 2 ("TRO")].  **By March 26, 2026**, Petitioner shall clarify where Petitioner is detained because the TRO states that "Petitioner is detained in McFarland, Kern County," [TRO at 9], and the Petition states that he is detained at the Imperial Regional Detention Facility, [Petition at 6].

It is **SO ORDERED**.

Dated:  March 24, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

1